FILED - USDC -NH
2022 MAY 9 PM 2:32

## NOTICE OF CLAIM OF DEPRIVATION(S) OF RIGHTS UNDER COLOR OF LAW

## IN THE UNITED STATES DISTRICT COURT OF THE STATE OF NEW HAMPSHIRE
~~IN AND FOR THE COUNTY OF BELKNAP~~
~~26 Academy St, Laconia, NH, 03246 - courts.state.nh.us~~   RSC

| | |
|---|---|
| Randall Collier, Plaintiff, v. Judge James M. Carrol, Judge Michael Garner, N.H. J.C.C., Hillary C. May, Defendant(s) | |

### CIVIL COMPLAINT:

**Case Number:** _____ (to be filled in by Court Clerk)

**Jury Trial Demanded:  Yes or No** _____ (Circle Yes or No)

---

**Regarding Case Number 650-2013-DV-00016:**
  IN THE STATE OF NEW HAMPSHIRE,
4TH CIRCUIT FAMILY COURT - COUNTY OF LACONIA,
HILLARY CATHERINE MAY (Plaintiff), v. RANDALL COLLIER (Defendant).

### REFERENCES/"SOURCES OF AUTHORITY":
(SEE ATTACHED "SOURCES OF AUTHORITY")

### First a list of basic references useful in any case:

For the actual quotes and links to sources and more go to the webpage in the link below.
For right now here are two pages online where these are being sorted out for this notice:
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/
https://www.nrdl.org/sources/

---

### [1] The Purpose of Government:
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-1/#comment-86

### [2] List of 'self-evident' basic Human Rights:
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-1/#comment-89

### [3] "Probable cause":
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-1/#comment-87

**[4] Three Elements to a Crime:**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-1/#comment-88

**[5] "Essential elements of due process of law":**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-1/#comment-93

**[6] "Deprivation of rights under color of law", "Colorable Law" (See USCs BELOW ALSO):**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-1/#comment-91
…DUPLICATE… SOURCES OF AUTHORITY FOR DEPRIVATION OF RIGHTS UNDER COLOR OF LAW:
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-2/#comment-112

18 U.S. Code § 241 - Conspiracy against rights
https://www.law.cornell.edu/uscode/text/18/241

18 U.S. Code § 242 - Deprivation of rights under color of law
https://www.law.cornell.edu/uscode/text/18/242

18 U.S. Code Chapter 96 - RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
18 U.S. Code § 1962 - Prohibited activities
https://www.law.cornell.edu/uscode/text/18/1962
https://www.justice.gov/archives/jm/criminal-resource-manual-109-rico-charges

42 U.S. Code § 1981 - Equal rights under the law
https://www.law.cornell.edu/uscode/text/42/1981

42 U.S. Code § 1983 - Civil action for deprivation of rights
https://www.law.cornell.edu/uscode/text/42/1983

42 U.S. Code § 1985 - Conspiracy to interfere with civil rights
https://www.law.cornell.edu/uscode/text/42/1985

42 U.S. Code § 1986 - Action for neglect to prevent
https://www.law.cornell.edu/uscode/text/42/1986

42 U.S. Code § 1988 - Proceedings in vindication of civil rights
https://www.law.cornell.edu/uscode/text/42/1988


28 U.S. Code § 2513 - Unjust conviction and imprisonment
https://www.law.cornell.edu/uscode/text/28/2513


**[7] Public Servants' Oath(s), and resulting lack of "immunity":**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-1/#comment-92

**[8] We are 'sovereign', not 'subject' to Law/Statutes/Etc. without Consent or Injured Party:**

https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-2/#comment-104

**[9] Parental Rights:**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-2/#comment-115

**[10] Right to privacy:**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-1/#comment-97
…DUPLICATE… Right to Privacy:
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-1/#comment-90

**[11] Right to Free Travel on Public Roads "in the conveyance of the day":**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-1/#comment-101

**[12] Right to own Land and other Property:**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-1/#comment-98

**[13] Right to any 'Common Practice':**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-1/#comment-99

**[14] Right to 'fair exchanges':**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-1/#comment-100
…DUPLICATE… "Fair Exchanges" like compensation for labor, are a Natural Common Human right, and therefore not "lawful" to "license" or "tax" or "infringe" in any way:
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-2/#comment-116

**[15] Right "to solicit for donations for ones self" is a right of free speech:**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-1/#comment-102

**[16] An unrebutted affidavit stands as a fact in a court of law:**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-2/#comment-107

**[17] Motions are deemed filed when handed to the Officer:**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-2/#comment-105

**[18] Void for Vagueness Doctrine:**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-1/#comment-95

**[19] "Jurisdiction", requirements, limits:**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-

1/#comment-94

**[20] 'Justice':**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-1/#comment-96

**[21] 'State':**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-2/#comment-103

**[22] "Lawful" "Money":**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-2/#comment-109

**[23] "Trespass...means...except...when premises are open to the public", [ARS 13-1501, 13-1502] (See also Numbers 2-6):**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-2/#comment-106

**[24] Names of all Govt. units and Humans must be "Proper Nouns" (only 1st Letters capitalized) by "Law":**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-2/#comment-108

**[25] All govt., cities, states, police, courts, etc., are 'corporations' registered on Dunn and Bradstreet (dnb.com):**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-2/#comment-110

**[26] Our Constitutional republic was lost in 1861, when the 1st State seceded:**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-2/#comment-111

**[27] "private attorney general doctrine":**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-2/#comment-114

**[28] INFO ON PERFORMING WRITS OF MANDAMUS:**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-1/#comment-57

**[29] INFO REGARDING HOW TO PERFORM COMMERCIAL LIENS:**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-1/#comment-58

**[30] RIGHT TO RELEASE FROM JAIL PENDING CRIMINAL CONVICTION:**
https://freeornottobe.wordpress.com/2022/03/13/sources-of-authority-by-topic-subject-of-law/comment-page-2/#comment-138

**LEGAL DEFINITIONS OF WORDS:**

---

### [31] Define "Misprision" (as in "misprision of felony"):
"... noun law Criminal neglect of duty or wrongful execution of official duties."
https://www.wordnik.com/words/misprision

"a: neglect or wrong performance of official duty"
https://www.merriam-webster.com/dictionary/misprision

Also see:
From: LII, U.S. Code, Title 18. CRIMES AND CRIMINAL PROCEDURE, Part I. CRIMES, Chapter 1. GENERAL PROVISIONS...
18 U.S. Code § 4 - Misprision of felony
https://www.law.cornell.edu/uscode/text/18/4
...
18 U.S. Code § 2382 - Misprision of treason
https://www.law.cornell.edu/uscode/text/18/2382


### [32] Define "probable":
"likely to be true or likely to happen:"
https://dictionary.cambridge.org/dictionary/english/probable
https://www.merriam-webster.com/dictionary/probable
"2 having more evidence for than against, or evidence that inclines the mind to belief but leaves some room for doubt."
https://www.dictionary.com/browse/probable

### [33] Define "reasonable":
"Just, rational, appropriate, ordinary, or usual in the circumstances. ... In the law of negligence, for example, the reasonable person standard is the standard of care that a reasonably prudent person would observe under a given set of circumstances. An individual who subscribes to such standards can avoid liability for negligence."
https://www.law.cornell.edu/wex/reasonable


### [34] "conjecture", which means btw to be clear:
"inference formed without proof or sufficient evidence"
https://www.merriam-webster.com/dictionary/conjecture

---

For Refences [A] through [J] (and more).... see Separate file:
"SOURCES OF AUTHORITY FOR MOTION TO DISMISS N.H. Court Order-Domestic Violence Protective Order-Dated 1.24.2013"

---

### ...Those specific references for this case:

[101] See Order Finding Randall Collier for Harassment and Threatening dated 2.4.2013, by Judge James M. Carrol;
[102] See US Codes like USC 18-241 & 242 and 42-1983 & 1986 on "Deprivation of rights under color of law", "color of law abuse", etc.;
[103] For Wrongful Conviction/Prosecution, "Miscarriage of Justice", see 28 U.S. Code § 2513 - Unjust conviction and imprisonment - https://www.law.cornell.edu/uscode/text/28/2513 ;

[104] Unconstitutional "Domestic Violence" "Protective Order" issued on 1.24.2013 by ;
[105] See N.H. State Law, especially 173B:1 'Definitions'[5] and "the supreme Law of the Land" (i.e. Amend.4,5,6.14, US.Supr.Ct. 'Precedents', etc.)[A] which requires "probable" evidence[A] of "abuse"[5] (which must be an actual "crime" according to these "fundamental principles") ; https://law.justia.com/codes/new-hampshire/2014/title-xii/chapter-173-b/section-173-b-1/ ;
[106] See Hearing on emergency relief on 1/24/13, page 2,3,4;
[107] See Original Domestic Violence Petition (5 pages), 2012;
[108] See Police Report, Officer who escorted him out reported no weapons in the home;
[109] ...Removed, Not applicable;
[110] See 1.24.2013 Stalking Petition ; Court order dates 2.4.2013 ; Judges Findings did not match order.
[111] See: N.H. Law for "harassment":
"644:4 Harassment. –
    I. A person is guilty of a misdemeanor, and subject to prosecution in the jurisdiction where the communication originated or was received, if such person:
…
(f) With the purpose to annoy or alarm another, having been previously notified that the recipient does not desire further communication, communicates with such person, when the communication is not for a lawful purpose or constitutionally protected. " - http://www.gencourt.state.nh.us/rsa/html/LXII/644/644-4.htm ;
Btw part of this at the end there was apparently 'repealed' in 2015-16 because its there in 2015 and not in 2016 or after...
https://law.justia.com/codes/new-hampshire/2015/title-lxii/chapter-644/section-644-4/
https://law.justia.com/codes/new-hampshire/2016/title-lxii/chapter-644/section-644-4/
...;
[112] See "Deprivations of equal rights to "due process of law"[A] by accepting the opinions and claims of the mother and her family as "evidence" without allowing the Father the ability to "Cross Examine" the "Witness(s)"...", 7.30.2013 hearing;
[113] See "..."fundamental principles"[B] of "due process of law"[A] which require equal ability to "Cross Examine" Witnesses..." (US.Supr.Ct. Precedents);
[114] "...using Posts on Facebook as "evidence" to perpetuate this clearly unlawful "Protective Order"..."
[115] See N.H. Law for "Criminal Threatening", N.H. State Law 631:4 - http://www.gencourt.state.nh.us/rsa/html/LXII/631/631-4.htm - https://law.justia.com/codes/new-hampshire/2020/title-lxii/title-631/section-631-4/ ;
[116] "charging Mr. Collier for "Criminal Threatening" just for "staring" back (In return) at the opposing Parties Counsel in open court...", 2.4.2013 Hearing;
[117] See "...judge denying access to video surveillance tapes from the court regarding the charge of "criminal threatening"...", 2.12.2014 & 7.22.2013 Court Orders;
[118] See "...Videos which are likely deleted since shortly after the incident according to a court clerk...", 2013;
[119] ...Removed, Not applicable;
[120] ...Removed, Not applicable;
[121] See "..."judge intersecting law with medicine when the judge said details of the case wasn't discussed in the psychiatric eval thus its not valid for objective review for modification...", 8.24.2017 Hearing.; There was no prior court order requiring Defendant Randall Collier to discuss legal matter in said "Psychiatric Evaluation".;
[122] See "...first eval found no issues..."
[123] See "...judge still ordered supervised visits and counseling...";
[124] See relevant sources of authority on: "...due process of law like probable cause...";
[125] See "...2nd eval found no issues either...";
[126] ...Removed, Not applicable;
[127] (Quoting US.Supr.Ct. Cohens v. Virginia[27];  See USC 2381)
...more sources which may be useful...
[128] See Rule 5.2. Privacy Protection For Filings Made with the Court - https://www.law.cornell.edu/rules/frcp/rule_5.2
[129] See 28 U.S. Code § 1391 - Venue generally - https://www.law.cornell.edu/uscode/text/28/1391
[130] See 28 U.S. Code § 1331 - Federal question - https://www.law.cornell.edu/uscode/text/28/1331

[131] See 28 U.S. Code § 1332 - Diversity of citizenship; amount in controversy; costs – https://www.law.cornell.edu/uscode/text/28/1332
[132] See 28 U.S. Code § 1441 - Removal of civil actions - https://www.law.cornell.edu/uscode/text/28/1441