UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

FILED - USDC -NH
2022 AUG 18 AM 10:07

Randall S. Collier
Plaintiff(s)

v.

Carroll et al
Defendant(s)

Case No. 22 CV 162 LM

MOTION TO/FOR Extension of time based on misinformation.
(enter title of motion)

When I filed Complaint, The Clerk gave me empty Summons and said wait up to 90 days for a Response from Judge before you do anything.

After 90 days I came to Court and Case Manager noted I need to fill Summons out. So I did. I didn't Read the FRCP booklet until after the 90 days.

I Respectfully Request Extension as I am in Process of Serving Parties Thru The US Marshals office.

(Attach additional sheets if necessary)

USDCNH-101 (Rev. 2/26/13)                Page 1 of 3

Date: 5/17/22

_____
Signature

## MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☐ I have NOT attached a memorandum of law because none is required (explain your reasoning below).

> Rule 4 FRCP - 90 days to serve parties, not what clerk told me to do.

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☐ All parties have assented/agreed to this motion.

☐ I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☒ I have NOT attempted to obtain concurrence/agreement because it is not required.

## CERTIFICATE OF SERVICE

I hereby certify that this motion was served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF):

Person(s) served by mail. Please include address(es):

Person(s) served by hand:

Date of Service: _____

Signature

Name: Randall S. Collier

Address: 86 Joslin Rd
Surry NH
03431

Phone: 603 803 2648

Email: 042611t@gmail.com