UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Randall S. Collier
Plaintiff(s)

v.

Carroll ET AL
Defendant(s)

Case No. 22 CV 162

FILED - USDC -NH
2022 AUG 22 AM 11:12

MOTION TO/FOR  Notice
(enter title of motion)

THE U.S. Marshals office were paid for service to serve lawsuits on Defendants Friday 8/19/22. I expect to have copies of Certificate of Service no later than 8/26/22. Payment in full for sum of $469.13

(Attach additional sheets if necessary)

Date: 8/22/22

_____
Signature

## MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☑ I have NOT attached a memorandum of law because none is required (explain your reasoning below).

> I was misinformed by clerk and not given the proper chance to serve Defendants until after 90 days. Service is currently being Rendered.

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☐ All parties have assented/agreed to this motion.

☐ I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☑ I have NOT attempted to obtain concurrence/agreement because it is not required.

## CERTIFICATE OF SERVICE

I hereby certify that this motion was served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF):

Person(s) served by mail. Please include address(es):

Person(s) served by hand:

Date of Service: _____

_____
Signature

Name: Randall S. Collier

Address: 96 Joslin Rd
Surry, NH
03431

Phone: 603 803 2648

Email: 042611t@gmail.com