| U.S. Department of Justice<br>United States Marshals Service | | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|---|
| PLAINTIFF<br>Randall S. Collier | | COURT CASE NUMBER<br>22 cv 162 LM |
| DEFENDANT<br>Michael Garner | | TYPE OF PROCESS |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| → | Michael Garner Admin Office of Courts |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 1 Granite Place Concord NH 03301 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Randall S. Collier
26 Joslin Rd
Surry NH 03431

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

RECEIVED AUG 19 2022 US MARSHALS SERVICE

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 603 803 2648
DATE: 8/18/22

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 49 | District to Serve<br>No. 49 | Signature of Authorized USMS Deputy or Clerk<br>Adele Duchesneau | Date<br>8/19/22 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Mary Ann Dempsey General Counsel

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/1/22  Time: 1:45 pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>$65.00 | Total Mileage Charges (including endeavors)<br>$0.00 | Forwarding Fee | Total Charges<br>$65.00 | Advance Deposits<br>$65.00 | Amount owed to U.S. Marshal or<br>$0.00 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80)<br>(Instructions Rev. 12/08) |
|---|---|---|

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-162-LM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael Garner
was received by me on *(date)* 9-1-22.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: US Marshals office served General Counsel Mary Ann Dempsey at 1:45pm

My fees are $ 65.00 for travel and $ _____ for services, for a total of $ 65.00

I declare under penalty of perjury that this information is true.

Date: 9/8/22

Server's signature

Randall Scott Collier
Printed name and title

26 Joslin Rd Surry NH 03431
Server's address

FILED - USDC -NH
2022 SEP 8 PM 3:12

Additional information regarding attempted service, etc: