U.S. GOVERNMENT PRINTING OFFICE: 2007-337-486/30044

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Randall S. Collier | COURT CASE NUMBER<br>22 CV 162 LM |
|---|---|
| DEFENDANT<br>NH Judicial Conduct Committee, Robert Mittelholzer | TYPE OF PROCESS |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Robert Mittelholzer Exec ESQ

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
132 Chapel St Portsmouth NH 03801

RECEIVED
AUG 19 2022
US MARSHALS SERVICE

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Randall S. Collier
96 Joslin Rd
Surry, NH 03431

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 603 803 8648
DATE: 8/18/22

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 49 | District to Serve<br>No. 49 | Signature of Authorized USMS Deputy or Clerk<br>Adele Duchesneau | Date<br>8/19/22 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Dianne Weary

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/7/2022
Time: 11 15 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee<br>$195.00 | Total Mileage Charges (including endeavors)<br>$75.88 | Forwarding Fee | Total Charges<br>$270.88 | Advance Deposits<br>$270.88 | Amount owed to U.S. Marshal or<br>$0— | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-162-LM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __NH Judicial Conduct Committee__
was received by me on *(date)* __8/19/2022__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Dianna Werry__, who is
designated by law to accept service of process on behalf of *(name of organization)* __NH Judicial Conduct Committee__ on *(date)* __9/7/2022__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ __195.00__ for travel and $ __75.88__ for services, for a total of $ __270.88__.

I declare under penalty of perjury that this information is true.

Date: __9/7/2022__

_____
Server's signature

__Brandon Wilson DUSM__
Printed name and title

FILED - USDC -NH
2022 SEP 8 PM 3:12

__55 Pleasant St Concord, NH 03301__
Server's address

Additional information regarding attempted service, etc: