UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************
Randall S. Collier,                    *
                                       *
          Plaintiff,                   *
     v.                                *   Case No. 22-cv-00162-LM
                                       *
James M. Carroll, et al.,              *
                                       *
          Defendants.                  *
                                       *
*************************************
```

## CORRECTED CERTIFICATES OF SERVICE REGARDING E.C.F. NOS. 9 & 10

Pursuant to the Court's September 23, 2022, Notice of ECF Filing Error regarding E.C.F. Nos. 9 & 10, undersigned counsel for defendants Hon. James Carroll, Hon. Michael Garner, and the New Hampshire Judicial Conduct Committee (collectively, the "Judicial Defendants"), hereby corrects the certificates of service in E.C.F. Nos. 9 & 10, now certifying as follows:

> *I hereby certify that single copies of E.C.F. No. 9 and E.C.F. No. 10, as electronically filed by me on September 22, 2022, were conventionally mailed to Plaintiff Randall S. Collier, postage prepaid, on September 29, 2022, at the following address: 26 Joslin Road, Surry, N.H. 03431.*

/s/ Nathan W. Kenison-Marvin
Nathan W. Kenison-Marvin

The undersigned apologizes to the Court and to Mr. Collier for his error.

[*Intentionally left blank*]

Respectfully submitted,

HON. JAMES CARROLL, HON. MICHAEL GARNER, and THE NEW HAMPSHIRE JUDICIAL CONDUCT COMMITTEE

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: September 29, 2022

By: /s/ Nathan W. Kenison-Marvin
Nathan W. Kenison-Marvin, Bar No. 270162
Assistant Attorney General
Civil Bureau
Office of the Attorney General
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301-6397
(603) 271-3650
nathan.w.kenison-marvin@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was conventionally mailed to Plaintiff Randall S. Collier, postage prepaid, on September 29, 2022, at the following address: 26 Joslin Road, Surry, N.H. 03431.

/s/ Nathan W. Kenison-Marvin
Nathan W. Kenison-Marvin