**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
*************************************
Randall S. Collier,                  *
                                     *
            Plaintiff,               *
     v.                              *   Case No. 22-cv-00162-LM
                                     *
James M. Carroll, et al.,            *
                                     *
            Defendants.              *
                                     *
*************************************
```

## **CORRECTED CERTIFICATES OF SERVICE REGARDING E.C.F. NOS. 14 & 14-1**

Undersigned counsel for defendants Hon. James Carroll, Hon. Michael Garner, and the New Hampshire Judicial Conduct Committee (collectively, the "Judicial Defendants"), hereby corrects the certificates of service in E.C.F. Nos. 14 and 14-1, now certifying as follows:

> *I hereby certify that single copies of E.C.F. No. 14 and E.C.F. No. 14-1, as electronically filed on October 24, 2022, were conventionally mailed to Plaintiff Randall S. Collier, postage prepaid, on October 28, 2022, at the following address: 26 Joslin Road, Surry, N.H. 03431.  Additionally, E.C.F. No. 14 and 14-1 were electronically mailed to Plaintiff Randall S. Collier, pursuant to his request, on October 28, 2022, at the following electronic mailing address: 042611t@gmail.com.*

_____
Brandon F. Chase

The undersigned apologizes to the Court and to Mr. Collier for his error.

[*Intentionally left blank*]

Respectfully submitted,

HON. JAMES CARROLL, HON. MICHAEL GARNER, and THE NEW HAMPSHIRE JUDICIAL CONDUCT COMMITTEE

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: October 28, 2022   By: /s/ Brandon F. Chase
Brandon F. Chase, Bar No. 270844
Assistant Attorney General
Nathan W. Kenison-Marvin, Bar No. 270162
Assistant Attorney General
Civil Bureau
Office of the Attorney General
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301-6397
(603) 271-3650
Brandon.f.chase@doj.nh.gov
nathan.w.kenison-marvin@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was conventionally mailed to Plaintiff Randall S. Collier, postage prepaid, on October 28, 2022, at the following address: 26 Joslin Road, Surry, N.H. 03431.

/s/ Brandon F. Chase
Brandon F. Chase