**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
*************************************
Randall S. Collier,                  *
                                     *
           Plaintiff,                *
v.                                   *   Case No. 22-cv-00162-LM
                                     *
James M. Carroll, et al.,            *
                                     *
           Defendants.               *
                                     *
*************************************
```

### NOTICE REGARDING CLARIFICATION ON CERTIFICATE OF SERVICE FOR E.C.F. NOS. 14 & 14-1

Undersigned counsel for defendants Hon. James Carroll, Hon. Michael Garner, and the New Hampshire Judicial Conduct Committee (collectively, the "Judicial Defendants"), unintentionally filed ECF Doc. 15 on behalf the Judicial Defendants and Defendant Hillary C. May.  To clarify, undersigned counsel does not represent Defendant Hillary C. May – she was inadvertently added during the ECF filing process of Doc. 15.  Undersigned counsel solely represents the Judicial Defendants – Hon. James Carroll, Hon. Michael Garner, and the New Hampshire Judicial Conduct Committee.  ECF Doc. 15 was intended to be filed on the Judicial Defendants' behalf alone.

Brandon F. Chase

The undersigned again apologizes to the Court, Ms. May, and to Mr. Collier for the error.

[*Intentionally left blank*]

Respectfully submitted,

HON. JAMES CARROLL, HON. MICHAEL GARNER, and THE NEW HAMPSHIRE JUDICIAL CONDUCT COMMITTEE

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: October 28, 2022    By: /s/ Brandon F. Chase
Brandon F. Chase, Bar No. 270844
Assistant Attorney General
Nathan W. Kenison-Marvin, Bar No. 270162
Assistant Attorney General
Civil Bureau
Office of the Attorney General
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301-6397
(603) 271-3650
Brandon.f.chase@doj.nh.gov
nathan.w.kenison-marvin@doj.nh.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was conventionally mailed to Plaintiff Randall S. Collier, postage prepaid, on October 28, 2022, at the following address: 26 Joslin Road, Surry, N.H. 03431.

/s/ Brandon F. Chase
Brandon F. Chase