- USDC -NH
2022 NOV 4 AM 9:44

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Randall S. Collier, \*
                    \*
Plaintiff, \*
    v. \*                    Case No. 22-cv-00162-LM \*
James M. Carroll, et al., \*
                    \*
Defendants. \*
                    \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION TO EXTEND TIME, TO RESPOND TO DEFENDANT'S MOTION TO DISMISS...

   Because I ( Randall S.Collier ) am not represented by a Lawyer ("pro-se"), I require and hereby request more time to prepare a sufficient response to cases and laws referenced in the "Judicial Defendant's Memorandum in Support of Motion to Dismiss". Therefore I request this court extend time to respond an additional 21 days at least, or up to 30 days if possible.

   So far it seems the "Judicial Defendants" have made some valid points I (Randall S. Collier) need to research in order to respond to, such as federal courts not functioning in place of a State appeals court, but they have only helped improve my basic claims of how the previous State court did violate due process of law, by infringing on my parental rights and taking Jurisdiction over myself (Randall S. Collier) without probable cause and criminal prosecution according to due process of criminal law and so forth. So I require this additional time to read several court cases and laws and prepare a sufficient response to the Defendant's Motion and Memorandum.

One example is N.H. Law RSA 173B governs the issuance of these orders of protection, but is not part of the criminal codes in RSA 625 thru 651 (nor therefore are these orders governed by criminal procedure as they should be), but note RSA 173 does require a showing of "abuse" which is defined as several actual "crimes" which are actually part of the criminal code. Therefore once these previous courts found lack of probable cause to accuse this father of any actual "crime"  it could not have any "lawful" "jurisdiction" over myself and therefore against my will from that point forward. So that is one basic argument which seems to be holding true so far in this case.

Now I require more time to read the Defendants Memorandum and sources of authority referenced therein and other relevant cases and laws and so forth, to prepare a sufficient response to Defendant's Motion to Dismiss and Memorandum, of at least 21 or 30 days please (however I intend to respond as soon as possible, and minimize the time this child is without his

biological father in his life. The protective Order is currently still active 9 years later with no custody, no physical contact and no crime committed.

November 4th, 2022

Respectfully submitted by: Randall S. Collier  *(signature)*