```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Randall Collier

    v.                                                        Case No. 22-cv-162-LM

Carrol et al

ORDER

Complaint Filed: May 9, 2022

Summons Issued: September 8, 2022

Deadline to serve extended to September 30, 2022 by 8/25/2022 order

      The Return of Service pertaining to Hillary C. May (document 11) indicates that the US Marshal Service was unable to locate defendant Hillary C. May and service was not completed. In accordance with Federal Rule of Civil Procedure 4(m), defendant Hillary C May will be dismissed without prejudice unless, on or before December 23, 2022, the plaintiff demonstrates that there is good cause for the failure to make timely effective service and for the granting of an extension of time to complete effective service.

      SO ORDERED.

                                                      By the Court,

                                                      /s/ Andrea K. Johnstone
                                                      Andrea K. Johnstone
                                                      United States Magistrate Judge

Date: December 9, 2022

cc: Randall Collier, pro se
    Counsel of Record

(Rev. 10/14)