FILED - USDC -NH
2022 DEC 20 PM 2:17

# The United States District Court
## District of New Hampshire

Randall S. Collier,

    Plaintiff                                     Case No. 22 cv 00162 LM

V.

James M. Carroll, et al.,

    Defendants.

Plaintiff's Motion to DIsmiss without prejudice Hillary May from this pending legal complaint. The US Marshalls in North Carolina had an additional fee of $500.00 to serve Ms. May that I do not want to pursue at this time.

I certify that I hand delivered a copy of this document to the Opposing party today December 20, 2022

Respectfully Submitted,

*[signature]*

Randall S. Collier
26 Joslin Rd
Surry, NH 03431
603 803 2648