```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Randall Collier

    v.

                                            Case No. 22-cv-162-LM

James M. Carroll et al

## JUDGMENT

In accordance with the following, judgment is hereby entered:

1. Endorsed Order by Chief Judge Landya B. McCafferty dated January 18, 2023; and

2. Order by Chief Judge Landya B. McCafferty dated January 31, 2023.

                                                By the Court:

                                                /s/ Daniel J. Lynch
                                                Daniel J. Lynch
                                                Clerk of Court

Date: February 21, 2023


cc: Counsel of Record
    Randall Collier, pro se